1  GEORGE A. YUHAS (STATE BAR NO. 78678)
   gyuhas@orrick.com
2  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Plaintiffs
7  OPEN ROAD VENTURES, LLC and TODD MADEIROS

*E-FILED - 8/16/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN ROAD VENTURES, LLC, and TODD MADEIROS,<br><br>              Plaintiff,<br><br>     v.<br><br>PARKER DANIEL and DOES 1-10 inclusive,<br><br>              Defendant. | Case No.  C09-02041 RMW<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

The parties to this action have resolved their dispute and, in accordance with that resolution, the parties stipulate, and agree, subject to the Court's approval, that pursuant to Fed. R. Civ. P. 41(a)(1), all of plaintiff's claims in this action are hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs.

Dated: August __, 2010

GEORGE A. YUHAS
NANCY E. HARRIS
Orrick, Herrington & Sutcliffe LLP

_/s/ Nancy E. Harris_
Nancy E. Harris
Attorneys for Plaintiffs
OPEN ROAD VENTURES, LLC and TODD MADEIROS

Dated: August __, 2010

ANDREW T. MORTL
PATRICIA L. BONHEYO
Glynn & Finley, LLP

_/s/ Patricia L. Bonheyo_
Patricia L. Bonheyo
Attorney for Defendant
PARKER DANIEL

I, Nancy Harris, am causing this document to be "e-filed" and I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

**SO ORDERED.**

Dated: __8/16__, 2010     By: _Ronald M. Whyte_
RONALD M WHYTE
UNITED STATES DISTRICT JUDGE